UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patricia G. Moore,

Plaintiff,

v.

Wyeth-Ayerst Laboratories and American Home Products Corp.,

Defendants.

Civil 00-1764 .'RT/FLN

ORDER OF RE.:USAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the unders: gned hereby recuses himself in this matter.

DATED: Aug 24, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

FIL:D 8/24/00
FRANCIS E. DOSAL, CLERK
Jud:ment Ent'd. ______
Dep:ty Clerk's Initials ______

This case has been re-assigned to Magistrate Judge Susan Richard Nelson. Please use the following case number when submitting materials to the court in the future:
00-1764JRT/SRN